Isaac GRAY, Petitioner–Appellant,

v.

MARYLAND PAROLE COMMISSION; Commissioner of Corrections, Respondents–Appellees.

No. 02–6906.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Isaac Gray, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Isaac Gray appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *Gray v. Maryland Parole Comm'n,* No. CA–02–837–CCB (D. Md. filed May 24, 2002 & entered May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*